UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 1:06-CR-149

RANDOLPH SCOTT PARKS,

                                          HON. ROBERT HOLMES BELL

    Defendant.
_____/

## MEMORANDUM OPINION

    This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) on the basis of Amendment 750 (docket #43). The Probation Department has filed a Report of Eligibility (ECF No. 45) and finds the defendant is ineligible for a reduction of sentence based upon Guideline Amendment 750 because the defendant is a career offender and there is no change in the guideline range. Defendant has filed two pro se motions to withdraw his Amendment 750 motion (ECF Nos. 49, 50). Defendant wishes to preserve this issue should the law change.

    ACCORDINGLY, defendant's motion (docket #45) is **DENIED**. Defendant's pro se motions (ECF Nos. 49, 50) are **DENIED AS MOOT.**


Dated: June 28, 2016                                          /s/ Robert Holmes Bell
                                                                  ROBERT HOLMES BELL
                                                                  UNITED STATES DISTRICT JUDGE